1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MOLINA, | ) CASE NO. CV08-3105-ODW (SHx) |
| | ) Assigned for All Purposes to: |
| Plaintiff, | ) Hon. Otis D. Wright II |
| | ) |
| v. | ) **ORDER RE STIPULATED** |
| | ) **PROTECTIVE ORDER** |
| CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, CUNNINGHAM, MENCHACA, NIJLAND and DOES 1-30, | ) ) ) ) ) |
| Defendants. | ) |
| | ) *(For Determination By Magistrate Judge* |
| | ) *Stephen J. Hillman)* |
| _____ | ) |

///

## ORDER ON STIPULATION FOR PROTECTIVE ORDER

After full consideration, the requested protective order is hereby issued, with all parties bound by the Agreement to be Bound by Confidentiality Stipulation, attached as Exhibit A to the Stipulation and Protective Order.

DATED: November 12, 2009    / S / _____
*Hon. Stephen J. Hillman*
*Magistrate Judge of the United States*
*District Court*